UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ22-537 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| LEWIS K. JAMES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Failure to Register or Update Sex Offender Registration

<u>Date of Detention Hearing</u>:   November 14, 2022

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant pled guilty on July 22, 2021 to one count of Child Molestation in

DETENTION ORDER
PAGE -1

Swinomish Tribal Court. His sentence included a requirement that he register as a sex offender. The Complaint charges defendant with living in three different residences without updating his registered address. Defendant disputes the charges.

2. Defendant has a lengthy criminal record with multiple failures to appear, bench warrants, and unsatisfactory performance on court supervision. He has failed to comply with court orders in multiple cases, on multiple occasions. The Court finds the defendant poses a risk of nonappearance based on a history of failing to appear, pending criminal cases and supervision violations, and a risk of danger based on the nature of the charges, criminal history, and a history of noncompliance while on supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 14th day of November, 2022.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3